E-FILED
Thursday, 02 February, 2006 04:20:08 PM
Clerk, U.S. District Court, ILCD



CHAMBERS OF
**MICHAEL P. MCCUSKEY**
CHIEF JUDGE

**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF ILLINOIS
318 U.S. COURTHOUSE
201 SOUTH VINE STREET
URBANA, ILLINOIS 61802

TELEPHONE  217-373-5837
FACSIMILE  217-373-5855

February 2, 2006



Mr. Edward Douglas
Reg. No. 12723-026
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

Dear Mr. Douglas:

I am in receipt of your undated letter. Judges cannot give legal advice and all correspondence must be disclosed to counsel. As a result, your letter is being made a part of your court file and a copy is being furnished to Assistant Federal Defender Robert Alvarado, who represented you, and Assistant U.S. Attorney Richard Cox.

I cannot comment on your letter or your case because you have indicated that further matters will be brought before me by a new attorney.

Sincerely,

s/Michael P. McCuskey

Michael P. McCuskey

MPM:mb