E-FILED
Monday, 05 June, 2006 04:59:41 PM
Clerk, U.S. District Court, ILCD

**RECEIVED**

JUN 0 5 2006

U.S. DISTRICT JUDGE
URBANA, ILLINOIS

April 25, 2006

Honorable Michael McCuskey
U.S. District Judge
U.S. Court House
201 S. Vine Street
Urbana, IL. 61802

Dear Honorable McCuskey:
RE: Recommendation letter

    My name is Minister Vera A. Douglas, I am the mother of Mr. Edward Douglas Jr. I set in the courtroom while my son's case was going forth, even when you gave him that sentence. Judge McCuskey, I, my daughter, my son and my entire family were all brought up in church. My son, Edward, is a mannerable young man, I know because I raised him. Trouble is something I never had out of him and if you check the records, you will find that my son spent most of his time in Sports; don't get me wrong because I know there is some bad in all of us but your Honor, there is not enough bad for my son to do life in prison.
    He is the father of 10 proud children that miss and need him very much. Edward has taken full responsibility for all of his children, in fact they could not have asked for a better father. I throw myself at your mercy, please have a heart and let my son come home. Edward was set up on this charge and I know because when the guy kept calling him I told him don't go by there because I felt he was up to something. My son did not even have a car; he worked for CTA and he was supporting his children. Please Judge if you can find it in your heart to reconsider your decision. I, pray that God will bless you on your decision making.

    Also, I have a petition full of signatures from me and Edward's church from all the people who grew up and has known him since he was a child. Our church is New Faith MB. Church located at 8400 S. Halsted Street.

Sincerely yours,

*Minister Vera Douglas*
Minister Vera A. Douglas, Mother

# Petition to Release Prisoner

**Action petitioned for:** We, the undersigned, are concerned citizens and church members of Mr. Edward Douglas, Jr.

| Printed Name | Signature | Date | comments |
|---|---|---|---|
| D'MORRIS ADAMS, JR. | D'Morris | 04.25.06 | |
| BERNYNE WOLFE | Berneyne Wolfe | 4-25-06 | |
| Pamela Simpson | Pamela Simpson | 4-25-06 | |
| LASHAWN DELONEY | Lashawn Deloney | 4-25-06 | |
| MONICA BOTTEN | Monica Botten | 4-25-06 | |
| Tykette Bennett | Tykette Bennett | 4-25-06 | |
| LOEITA DAVIDSON | Loeita Davidson | 4-25-06 | |
| Terah Plummer EL | Terah Plummer | 4/25/06 | |
| Shawonlotta | Shawonlotta | 4-25-06 | |
| Cornelius Williams | Cornelius Williams | 4-25-06 | |
| Frederick Felder | Frederick Felder | 4-25-06 | |
| Sattoria West | Sattoria West | 4-25-06 | |
| Ken West | Ken West | 4-25-06 | |

| Printed Name | Signature | Date | comment |
|---|---|---|---|
| Fred Wheat | Fred Wheat | 4/25/06 | |
| Valerie Vailey | Valerie Vailey | 4/25/06 | |
| Linda Poole | Linda J. Poole | 4-25-06 | |
| Robert Poole | Robert Poole | 4-25-06 | |
| Gina Parks | Gina Parks | 4/25/06 | |
| Darlene Hunt | Darlene Hunt | 4/25/06 | |
| Maxine Bakley | Maxine Bakley | 4/25/06 | |
| Freda Jenkins | Freda Jenkins | 4/25/06 | |
| Sharon Whitfield | Sharon Whitfield | 4/25/06 | |
| Leola Jackson | Leola Jackson | 4/25/06 | |
| Samuella Jackson | Samuella Jackson | 4/25/06 | |
| Daryl A Payne | Daryl A Payne | 4/25/06 | |
| Henry Granderson | Henry Granderson | 4/25/06 | |
| Raymond Shedrick | Raymond Shedrick | 4/25/06 | |
| Andrea Patterson | Andrea Patterson | 4/25/06 | |

| Printed Name | Signature | Date | comments |
|---|---|---|---|
| Nikisha Hunter | [signature] | 4/25/06 | |
| LaTasha Davis | [signature] | 4/25/06 | |
| Arcie Brown | [signature] | 4/25/06 | |
| SHEACLEAN HARRIS | [signature] | 4/25/06 | |
| Alellie P. Davis | [signature] | 4/25/06 | |
| Lakeithia Ramsey | [signature] | 4/25/06 | |
| Adrina Wright | [signature] | 4/25/06 | |
| Danie Wright | [signature] | 4/25/06 | |
| Elisha Lee | [signature] | 4/25/06 | |
| Kevin Thurmond | [signature] | 4/25/06 | |
| Edward Walker | [signature] | 4/25/06 | |
| Michael Williams | Michael Williams | 4/25/06 | |
| Michael Bulbane | [signature] | 4-25-06 | |
| James D. Ferrell | James D. Ferrell | 4-25-06 | |
| Felisa Stephens | Felisa Stephens | 4-25-06 | |

| Printed Name | Signature | Date | comments |
|---|---|---|---|
| Brown, Eddy | Eddie Brown | 4/25/06 | |
| Terhune, Kendra | Kendra Terhune | 4/25/06 | |
| Tiffany Spicer | T. Spicer | 4/30/06 | |
| Michele Davis | Michele Davis | 4/30/06 | |
| Sharron Riley | S. Riley | 4/30/06 | |
| Sharon Pearson | S. Pearson | 4-30-06 | |
| Shary Smith | Shary Smith | 4-30-06 | |
| Tennesha Jackson | T. Jackson | 4-30-06 | |
| Connie Busch | Connie Busch | 4-30-06 | |
| Avery Bush | Avery Bush | 4-30-06 | |
| Kimbud Suffolk | K. Suffolk | 4/30/06 | |
| Angie Kimbo | A. Kimbo | 4/30/06 | |
| Toni Cheatham | Toni Cheatham | 4/30/06 | |
| Sonya Harrison | Sonya Harrison | 4-30-06 | |
| Mamie R. Harris | Mamie R. Harris | 4/30/06 | |

| Printed Name | Signature | Date | comments |
|---|---|---|---|
| Ann Horton | Ann Horton | 4/30/06 | |
| Queprice Ingram | Queenie Ingram | 4-30-06 | |
| Sallie Willis | Willie Taylor | 4-30-06 | Deacon wife Taylor |