

CHAMBERS OF
**MICHAEL P. MCCUSKEY**
CHIEF JUDGE

**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF ILLINOIS
318 U.S. COURTHOUSE
201 SOUTH VINE STREET
URBANA, ILLINOIS 61802

TELEPHONE   217-373-5837
FACSIMILE   217-373-5855

June 5, 2006

Minister Vera A. Douglas
8042 S. Marshfield
Chicago, IL 60620

Dear Ms. Douglas:

    I have received your letter dated April 25, 2006.  Unfortunately, I cannot extend leniency to your son, Edward.  The law does not allow me to grant a sentence less than natural life in prison when someone is convicted for the third time in a drug case.  This is known as the three-strike law and was enacted by Congress over 20 years ago.  It's purpose is to prevent judges from granting leniency to three time offenders in drug cases.

    Therefore, under the law, I have no power to reduce the sentence for your son, Edward.  Your letter is being made a part of the record and a copy is being sent to the Assistant U.S. Attorney and the Assistant Federal Defender who handled Mr. Douglas' case.

    Sincerely,

    s/ **Michael P. McCuskey**
    Michael P. McCuskey
    Chief U.S. District Judge

MPM:mb

cc:    Richard Cox, Assistant U.S. Attorney
        Robert Alvarado, Assistant Federal Defender