AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA *Plaintiff* v. EDWARD DOUGLAS *Defendant* | ) ) ) ) ) Case No. 02 CR 20040 |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

EDWARD DOUGLAS.

Date: 11/13/2017

*Attorney's signature*

AMANDA N. GRAHAM Bar No. 6309123
*Printed name and bar number*

900 West Jackson Blvd. Suite 7E
Chicago, IL 60607
*Address*

amandabashi@decarcerationcollective.org
*E-mail address*

312-948-8128
*Telephone number*

312-982-8109
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 02 CR 20040 |
| EDWARD DOUGLAS ) | |
| *Defendant* ) | |

CERTIFICATE OF SERVICE

I certify that on ___11/13/2017___, I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

AUSAs Eugene Miller & Bradley Murphy,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

_____.

*Attorney's signature*

AMANDA N. GRAHAM Bar No. 6309123
*Printed name and bar number*

900 West Jackson Blvd. Suite 7E
Chicago, IL 60607
*Address*

amandabashi@decarcerationcollective.org
*E-mail address*

312-948-8128
*Telephone number*

312-982-8109
*Fax number*